John P. Ashton (0134)
jashton@vancott.com
Clark K. Taylor (5354)
ctaylor@vancott.com
James R. Farmer (8592)
jfarmer@vancott.com
VAN COTT BAGLEY CORNWALL & McCARTHY
36 South State Street, Suite 1900
Salt Lake City, Utah  84111
Telephone:  (801) 532-3333
Facsimile:  (801) 534-0058

*Counsel for Plaintiff*

FILED
U.S. DISTRICT COURT

2009 JUN 10 P 12: 23

DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT OF UTAH

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| CAO GROUP, INC., a Utah corporation,<br><br>Plaintiff,<br><br>v.<br><br>PARKELL, INC., a New York corporation,<br><br>Defendant. | **ORDER**<br><br>Civil No. 2:09-cv-111<br><br>Judge: Dale A. Kimball |

Based upon the Stipulated Motion for Extension of Time to Serve complaint, and good cause appearing,

IT IS HEREBY ORDERED that Plaintiff Cao Group, Inc. is hereby granted a 30-day extension of time, up to and including July 10, 2009, to serve the Complaint filed in this action.

408285v.1 640

DATED this _9th_ day of ___June___, 2009.

BY THE COURT:

Dale A. Kimball, U.S. District Judge

2

408285v.1 640